UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

LIFSCHULTZ ESTATE MANAGEMENT LLC,    Chapter 11
                                     Case No. 16-23144 (RDD)
                        Debtor.
-------------------------------------------------------------X

## ORDER SCHEDULING INITIAL CASE CONFERENCE

       The debtor and debtor in possession herein (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on August 23, 2016, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

       **ORDERED**, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, White Plains Division, 300 Quarropas Street, White Plains, New York, on October 18, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include such topics as retention of professionals, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

       **ORDERED**, that the Debtor shall give notice by mail of this order at least 14 days prior to the scheduled conference to (a) each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 20 largest unsecured claims), (b) the holders of the five largest secured claims, (c) any postpetition lender to the Debtor, (d) the United States Trustee, and (e) all parties who have filed notices of appearance and request for papers, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: White Plains, New York
       August 26, 2016

                                       /s/Robert D. Drain
                                       HONORABLE ROBERT D. DRAIN
                                       UNITED STATES BANKRUPTCY JUDGE