UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re **Lifschultz Estate Mgt**          Case No. **16-23144**
    Debtor                                 Reporting Period: April **2017**

                                   Federal Tax I.D. # _____

### SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor  *[signed]*          Date **5/22/17**

Signature of Authorized Individual*          Date

Printed Name of Authorized Individual          Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (RE)
2/2008
PAGE 1 OF 1

In re __Lifschitz Estate___          Case No. _____
         Debtor                       Reporting Period: __4/31/2017__

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month, or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH |  |  |  |  |
| **RECEIPTS** |  |  |  |  |
| CASH SALES |  |  |  |  |
| ACCOUNTS RECEIVABLE - PREPETITION |  |  |  |  |
| ACCOUNTS RECEIVABLE - POSTPETITION |  |  |  |  |
| LOANS AND ADVANCES |  |  |  |  |
| SALE OF ASSETS |  |  |  |  |
| OTHER *(ATTACH LIST)* |  |  |  | $20,032.86 |
| TRANSFERS *(FROM DIP ACCTS)* |  |  |  |  |
| TOTAL RECEIPTS |  |  |  |  |
| **DISBURSEMENTS** |  |  |  |  |
| NET PAYROLL |  |  |  |  |
| PAYROLL TAXES |  |  |  |  |
| SALES, USE, & OTHER TAXES |  |  |  |  |
| INVENTORY PURCHASES |  |  |  |  |
| SECURED/ RENTAL/ LEASES |  |  |  |  |
| INSURANCE |  |  |  |  |
| ADMINISTRATIVE |  |  |  |  |
| SELLING |  |  |  |  |
| OTHER *(ATTACH LIST)* |  |  |  |  |
| OWNER DRAW * |  |  |  |  |
| TRANSFERS *(TO DIP ACCTS)* |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  |
| COURT COSTS |  |  |  |  |
| TOTAL DISBURSEMENTS |  |  |  | $20,032.86 |
|  |  |  |  |  |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) |  |  |  |  |
|  |  |  |  |  |
| CASH – END OF MONTH |  |  |  |  |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS |  |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS |  |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) |  |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES |  |

## LIFSCHULTZ ESTATE MANAGEMENT LLC

### DISBURSEMENTS FOR THE PERIOD:
April 1 to April 30, 2017

| | |
|---|---:|
| Kensico Fuel | $3,807.95 |
| Electric | 1,094.78 |
| House Cleaning | 1,248.00 |
| Pool Repairs | 4,250.00 |
| Porch Table Repair | 200.00 |
| Dock Repair and Ramp | 5,350.00 |
| Lawn Clear | 1,200.00 |
| Lawn Mulching | 2,560.00 |
| Security Service | 322.13 |
| | $20,032.86 |