DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP
*Attorneys for the Reorganized Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

LIFSCHULTZ ESTATE MANAGEMENT, LLC.,

                          Post-Confirmation
                          Chapter 11
                          Case No. 16-23144(RDD)

                        Debtor.
-----------------------------------------------------------------X

## DEBTOR'S REPORT OF QUALIFIED BIDS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE,** that, pursuant to the Order, *inter alia*, Approving Bidding Procedures, Etc. entered by the Bankruptcy Court on January 3, 2018 (ECF Document No. 69; the "Sale Procedures Order"), Lifschultz Estate Management, LLC, the above captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, represents that it has received the following qualified bid for the sale of the Property[1]

                                      Bidder:

                                      LSF9 Master Participation Trust

Property                            $ 11,803,082.05 (figure is as of 11/19/17)
(As defined in the PSA).

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Purchase and Sale Agreement ("PSA") annexed to the Debtor's Sale Motion As Exhibit C (ECF Docket No. 67) and in the Bidding Procedures annexed to the Sale Procedures Order as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE,** that no Qualified Competing Bids were received prior to the bid deadline of January 16, 2018 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE,** that the Auction scheduled for January 19, 2018 at 11:00 a.m. is hereby CANCELED.

Dated:  White Plains, New York
         January 17, 2018

                                                  DELBELLO DONNELLAN
                                                  WEINGARTEN WISE & WIEDERKEHR, LLP
*Attorneys for the Reorganized Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200


By:/s/ Jonathan S. Pasternak
   Jonathan S. Pasternak, Esq.