

Lawrence Lifschultz to the Office of Hon. Judge Robert Drain -
Lawrence Lifschultz
to:
Chambers
01/22/2018 05:06 PM
Hide Details
From: Lawrence Lifschultz

To: Chambers

History: This message has been forwarded.

Office of Hon. Judge Robert Drain
U.S. Bankruptcy Court
White Plains, New York

Ref: Lifschultz Estate Management, LLC - Case No. 16-23144

To Whom It May Concern:

In correspondence received on Friday, January 19, 2018 from Judge Drain a number of concerns were expressed that certain points had not been raised in our Order to Show Cause and the Verified Petition which we had submitted to the Westchester Surrogate's Court on January 16, 2018. Among other issues it failed to reflect that the Confirmation Order and the Bidding Order are both final orders no longer subject to appeal.

In consultation with my Trust & Estate attorney, Gerald Wrynn of Ferguson Cohen, we will be withdrawing our current Order to Show Cause before the Surrogate's Court and resubmitting it whereby we will address this and other matters of concern in the new set of documents we will be submitting to the Surrogate Court. We have informed the Surrogate's Court to this effect and discussed this with officials of the Court.

We will inform the Bankruptcy Court when we have resubmitted the Order to Show Cause and our Verified Petition to the Surrogate's Court.

Yours sincerely,


Lawrence Lifschultz

Coordinates:

14 Squaw Brook Road
Branford, CT. 06405

Tel: 203.640.1915